**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-8224**

PRINCIBE LAGUERRE,

            Plaintiff - Appellant,

     v.

MELISA WHITE GAY, Esquire,

            Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Patrick Michael Duffy, Senior District Judge.  (3:09-cv-01864-PMD)

Submitted:  March 16, 2010      Decided:  March 24, 2010

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Princibe Laguerre, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Princibe Laguerre appeals the district court's order accepting the recommendation of the magistrate judge and denying relief without prejudice on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Laguerre v. Gay</u>, No. 3:09-cv-01864-PMD (D.S.C. filed Nov. 19, 2009; entered Nov. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>
